# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:25-CR - 189 |
| | : | |
| v. | : | (Judge WILSON ) |
| | : | |
| CHARLES ADAMS | : | |

**FILED**
HARRISBURG, PA

JUL 16 2025

PER _____732_____
DEPUTY CLERK

## I N D I C T M E N T

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. §§ 841(c)(1), 846
(Attempted Possession of a Listed Chemical
with Intent to Manufacture a Controlled Substance)

On or about November 19, 2024, in Lebanon County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

## CHARLES ADAMS,

attempted to knowingly and intentionally possess methylamine, a list I chemical as defined in Title 21, United States Code, Section 802, with the intent to manufacture methamphetamine, a Schedule II controlled substance, in a manner other than authorized by Title 21, United States Code, Sections 801 through 904.

All in violation of Title 21, United States Code, Sections 841(c)(1) and 846.

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 2</u>
21 U.S.C. §§ 841(c)(1), 846
(Attempted Possession of a Listed Chemical
with Intent to Manufacture a Controlled Substance)

On or about November 22, 2024, in Lebanon County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

CHARLES ADAMS,

attempted to knowingly and intentionally possess methylamine, a list I chemical as defined in Title 21, United States Code, Section 802, with the intent to manufacture methamphetamine, a Schedule II controlled substance, in a manner other than authorized by Title 21, United States Code, Sections 801 through 904.

2

All in violation of Title 21, United States Code, Sections 841(c)(1)

and 846.

A TRUE BILL

FOREPERSON

JOHN C. GURGANUS
Acting United States Attorney

K. WESLEY MISHOE
Assistant United States Attorney

7-16-25

Date

3